JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD E. ARBOLIDA, et al.,<br><br>        Defendants. | Case No. CV 19-10911 FMO (AFMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiff's Application for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff Juan Garibay, and against Ronald E. Arbolida ("defendant"), in the total amount of $4,000 in statutory damages.

2. Defendant shall pay plaintiff attorney's fees and costs in the amount of $ 2,442.50.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 2nd day of June, 2020.

                                                            /s/
                                        Fernando M. Olguin
                                     United States District Judge